AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Center for Biological Diversity, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-cv-03154-RDM |
| Bureau of Safety & Envtl. Enforcement, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Center for Biological Diversity                                                                                                           .

Date:   10/25/2019

/s/ Cari Miyoko Sakashita
*Attorney's signature*

Cari Miyoko Sakashita (admitted pro hac vice)
*Printed name and bar number*

Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
*Address*

miyoko@biologicaldiversity.org
*E-mail address*

(510) 844-7108
*Telephone number*

(510) 844-7150
*FAX number*