**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | Civil Action No. 19-3154 (RDM) |
| BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT, | : <br> : <br> : |
| Defendant. | : <br> : |

**JOINT STATUS REPORT**

Pursuant to the Court's December 27, 2019, Minute Order, that directs the parties to confer on (1) whether any records can be released, and (2) the proper next steps in this litigation, Defendant Bureau of Safety and Environmental Enforcement ("BSEE") and Plaintiff Center for Biological Diversity, by and through undersigned counsel, hereby submit the following Joint Status Report:

1. Plaintiff filed its Complaint in this action on October 24, 2019, pursuant to the Freedom of Information Act ("FOIA"). Dkt. No. 1. Defendant answered on December 20, 2019. Dkt. No. 11.

2. This lawsuit involves a FOIA request submitted to BSEE on August 28, 2017, by Plaintiff concerning public records related to the approval of offshore fracking in the Gulf of Mexico from 2014 to the present.

**PROCESSING OF THE FOIA REQUEST**

3. BSEE is continuing its search for agency records responsive to Plaintiff's FOIA request. BSEE anticipates that it can complete the searches by January 31, 2020.

4. The search results so far have produced a total of approximately 109,719 pages. This total is subdivided into 27,132 pages for fiscal year 2015, 38,924 pages for fiscal year 2016, and 43,663 pages for fiscal year 2017.

**DEFENDANT'S STATEMENT**

5. BSEE expects that production of responsive non-exempt agency records can begin on or about February 28, 2020, with subsequent releases occurring on a rolling basis on the 28th day of the month or, if the 28th falls on a weekend or holiday, the next business day.

6. BSEE presently anticipates that it can process 500 pages of records per month.

7. BSEE has expressed to Plaintiff that it is amenable to discussing ways in which the collection of potentially responsive records can be narrowed and/or certain records can be prioritized for review.

**PLAINTIFF'S STATEMENT**

8. Plaintiff is concerned that BSEE's proposed production schedule could take more than 18 years. Plaintiff notes that its FOIA request has been pending since 2017.

9. Plaintiff has proposed to explore discussions with BSEE to potentially narrow the scope of the 2017 FOIA request in hopes of achieving a mutually agreeable and shorter timeline for production.

**JOINT REQUEST**

10. The Parties propose that (i) the Court defer setting a briefing schedule for summary judgment to allow the parties to further confer regarding the processing and production of records, and (ii) the Parties submit another Joint Status Report by February 18, 2020, which shall update the Court regarding the status of the processing of Plaintiff's FOIA request,

the production of records, any agreements or issues between the parties, and a recommendation for further proceedings.

Dated: January 24, 2020

Respectfully submitted,

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN,
D.C. BAR No. 924092
Chief, Civil Division

By:_____/s/_____
APRIL D. SEABROOK
D.C. BAR No.
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2525
April.Seabrook@usdoj.gov

*Counsel for Defendant*

_____/s/_____
CATHERINE KILDUFF
Center for Biological Diversity
801 Boush Street, Suite 200
Norfolk, VA 23510
Telephone: 202-780-8862
Email: ckilduff@biologicaldiversity.org

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | : |
| | : |
| Plaintiff, | : |
| | :  Civil Action No. 19-3154 (RDM) |
| v. | : |
| | : |
| BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT, | : |
| | : |
| Defendant. | : |

## **ORDER**

Upon consideration of the Joint Status Report and Proposed Schedule, it is this

_____ day of _____ 20\_\_\_\_\_,

**ORDERED** that the parties shall file another Joint Status Report on or before February 18, 2020, which shall update the Court regarding the status of the processing of Plaintiff's FOIA request, the production of records, any agreements or issues between the parties, and a recommendation for further proceedings.

**SO ORDERED.**

_____
Judge Randolph D. Moss